In re Consolidated Drainage District No. 2; Jefferson Parish; Jefferson Parish President Aaron Broussard et al.; — Defendants); Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. I, Nos. 624-459, 624-778, 635-370, 635-539, 635-883, 625-998, 625-145, 626-415; to the Court of Appeal, Fourth Circuit, Nos. 2011-CA-0788, 2011-CA-0789, 2011-CA-0790, 2011-CA-0791, 2011-CA-0792, 2011-CA-0793, 2011-CA-0794, 2011-CA-0795.
Denied.